UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES MANLEY, | ) | 3:07-CV-0374-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 20, 2009 |
| | ) | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a third motion asking for a copy of the docket sheet in this case so he can check the status of certain objections he filed to the District Court (#116). Plaintiff's previous two motions were denied and this third motion (#116) is also **DENIED**. It is not the court's obligation to provide litigants, even indigent ones, with copy services. The clerk shall not provide copies. Plaintiff may submit a copy request form to the clerk of the court stating the specific documents he would like copied together with the appropriate fee. The clerk shall **SEND** a copy request form to plaintiff for his use.

Plaintiff's motion for court order to review supplemental declaration of Karen L. Walsh and medical file of plaintiff (#117) is **DENIED**. From March 9, 2007 to February 5, 2009, plaintiff has reviewed his medical records on nine separate occasions. There is no need for plaintiff to review his entire medical records a tenth time because briefing on the motion for summary judgment in this case is complete.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
        Deputy Clerk