AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF    NEVADA

CHARLES MANLEY,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
  V.

                           CASE NUMBER: **3:07-CV-00374-LRH-VPC**

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (#121) is adopted and accepted. Accordingly, Defendant's Motion for Summary Judgment (#82) is GRANTED.


  September 14, 2009                                 **LANCE S. WILSON**
                                                      Clerk

                                                        /s/ D. R. Morgan
                                                        Deputy Clerk