AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

CHARLES MANLEY,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:07-cv-00374-LRH-VPC**

NEVADA DEPARTMENT OF CORRECTIONS;
et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is dismissed without prejudice. No amendment of the complaint shall be allowed.

| August 26, 2011 | **LANCE S. WILSON** |
|---|---|
|  | Clerk |
|  |  |
|  | /s/ Katie Lynn Ogden |
|  | Deputy Clerk |